# EXHIBIT B

# Burges Unwalla, EIT, PMP

10 Union Avenue, Unit 306                                                                                    CELL: 484-686-0610
BALA CYNWYD, PA 19004                                                                            EMAIL: burg.unwalla@gmail.com

## EDUCATION

**The Pennsylvania State University - The Schreyer Honors College**
*College of Engineering*                                                                                      **May 2014**
Bachelor of Science in Chemical Engineering                                              Magna Cum Laude - GPA: 3.90

## RELEVANT WORK EXPERIENCE

**Airgas, an Air Liquide Company**

   *SIO.Predict Transformation Manager*                                                       **December 2019 - Present**

- Program manager in charge of implementing a big data, predictive analytics tool at 70 production sites across the Airgas portfolio.
- Smart Innovative Operations (SIO) is a reliability program that uses third party software to alert plant staff of potential rotating machinery issues prior to catastrophic failures.
- Delivered $3.5MM in annual avoided cost associated with improved plant uptime and reliability numbers.

   *Eastern Zone Engineer*                                                                              **October 2016 – December 2019**

- Provide process and project engineering/management support to 11 of Airgas' Air Separation Units, Liquid Hydrogen & CO2 facilities in the Eastern portion of the US.
- Lead and execute capital improvement projects (efficiency, reliability and safety) at these production facilities – up to $1MM
- Manage maintenance & turnaround activities at the sites through engineering, procurement and onsite execution
- Participate in Hazard and Operability (HAZOP) studies at the plants and implement the findings locally.

**Air Liquide USA**

   *Rotational Engineer, Air Liquide Leading Excellence (ALLEX) Program*                  **July 2014 – October 2016**

- Part of Air Liquide's two year, four rotation program in which fresh college graduates are exposed to six month postings at different company sites around the country.
- Rotations have spanned different business units in an operations or technical field through plant, efficiency and process engineering in Philadelphia, Houston and San Francisco
- Program accomplishments include a project manager role overseeing a design installation (cost savings of $75k/yr), configuring an optimization tool for 15 Air Liquide plants, and serving as a local maintenance turnaround coordinator for a month long plant shutdown (overseeing a $1.5M budget)

## LEADERSHIP & COMMUNITY INVOLVEMENT

**Pennsylvania State University, Department of Chemical Engineering**                      **February 2016 - Present**
*Process Mentor*

- Advise two groups chemical engineering students in the senior design capstone class at Penn State
- Meet with teams every week to review their gated assignments, answer questions and grade their submissions
- Provide technical engineering insight for design and soft skills advice for document preparation and final oral presentation

**Liquid Hydrogen Plant, Special Assignment**

   *Project Manager*                                                                                    **June 2017 – January 2019**

- In addition to role as zone engineer, managed the ramp up activities for the newly built LH2 facility in Calvert City, KY
- Established standard operating procedures, training, and safe work practices for the staff at the site
- Coordinated project and maintenance turnaround activities
- Served as a process engineering liaison for plant troubleshooting and operation

**Air Liquide/Airgas Integration Team**

   *Program Manager*                                                                      **December 2016 – March 2018**

- Led the Airgas Merchant Gases integration team as we built our new organization of 1,600 new associates following the merger with Air Liquide
- Worked with senior management to set the three year vision for Airgas and establish core values for the company as part of the Merchant Gases Culture Council

**Boy Scouts of America**

   *Eagle Scout; Junior Assistant Scoutmaster, Troop 133*                                 **September 1999 – June 2010**

- Planned and oversaw a construction project for Mill Grove Sanctuary in Audubon, PA as Eagle Scout project
- Compiled a total of 36 total merit badges in various fields ranging from chemistry to swimming
- Served as a senior mentor to the newly joined scouts
- Elected into the Order of the Arrow Brotherhood: Unami Lodge One, Scouting's National Honor Society

## ACCOMPLISHMENTS

**PMP Certification**
*PMI Certified* **July 2019**
- PMI Member ID: 5798645, PMP Number: 2599717

**AMG President's Award**
*Recipient* **March 2018**
- Recognized for serving as the change program manager and Culture Council member for the Airgas/Air Liquide integration

**Air Liquide 2015 Competitiveness Award**
*Winner: Energy & Environment Category* **April 2016**
- Part of team that was recognized by the company for the work made on an optimization tool used by Air Liquide plants, Best Economic Point (BEP)
- Optimization tool that quantifies how well plants minimize excess energy consumption
- Personal contribution to the project was configuring and rolling out the tool to plants at a specific Air Liquide zone

**Engineer in Training (EIT) Certification**
*Pennsylvania State Certified* **October 2014**
- Designated as an Engineer-in-Training in Pennsylvania (License Number: ET021993) by the Pennsylvania State Board of Professional Engineers, Land Surveyors, and Geologists upon completion of the Fundamentals in Engineering (FE) Exam.