# EXHIBIT C

# Paresh K Jillhewar P.E., PMP

14698 Briar Forest Drive Apt # 8106, Houston-TX-77077
Phone: (713) 419-7421
Email: paresh.jillhewar@airgas.com

15+ year experienced professional with proven success in Project Development, managing CapEX Projects, Team member, Engineering, Reliability, Troubleshooting in the field of manufacturing of Industrial, and Electronic Gases. Creative and detail oriented professional with a successful record in project management, on-time and on-budget project delivery. A recognized team player with strong communication, interpersonal, technical and analytical skills. Consistently achieved desired results, in fast-paced, dynamic, and challenging business environments.

## SUMMARY:

- More than 15 years of experience in Engineering, Project development, Project and Construction management
- Licensed Professional Engineer (Chemical) in the state of Texas and PMI Certified PMP
- Prepare budget estimate, timeline, Capital requests for various small and midsize projects and manage approved projects, track progress and meet set deadlines
- Extensive experience in the areas of Process simulation, Conceptual studies, development of Flow Diagrams, Process & Instrumentation Diagrams, equipment sizing and preparing equipment datasheets
- Proficient in using process simulators such as Aspen HYSYS, Batch Dist and Office and Google suite tools like Word, Excel, Powerpoint, Project etc.
- Excellent at preparing and presenting strategic solutions to complex problems
- Expertise in plant commissioning, start up and knowledge transfer. Extensive overseas start up and commissioning experience

## PROFESSIONAL EXPERIENCE:

**Senior Project Manager/ Senior Design Engineer VSA SME**
**Airgas, an Air Liquide Company,** Houston TX
10/2016 till date

Major projects:
- Process design, Management, Installation and Startup of VSA plants at New Bern, NC and Dublin GA
- Upgrade of ASU FBT tanks, filling operations

- Review and approve engineering deliverables; PFDs, P&IDs, Plot Plans, Process Controls Strategies, Process Datasheets on VSAs
- Project Development as per the Business requirements; Develop Scope and detailed Class 2 and 3 Cost estimates
- Use CI guidelines in managing projects such as new plant installation, process upgrades, plant expansion and improvement
- Liaise with Project Stakeholders, both Internal and External on an ongoing basis. Maintain regular and effective communication with stakeholders throughout Project lifecycle
- Successfully execute projects Safely, On-time, on or below Budget and meet or exceed the Project deliverables using CI process
- Develop and maintain WBS, Gantt Chart, SOW documents, Bid tabs, RACI chart, project reports, Contractor agreements

- Ensure the plant designs comply with all applicable inter-company, federal, state, and local agency requirements and regulations
- Oversee and guide contractors as well as junior staff in plant design, operation and understanding plant processes
- Ensure new and existing plant designs meet customer requirements and Airgas business goals
- Construction management, plant commissioning and startup, onsite technical support and troubleshooting
- Participate in Hazard or Management of Change reviews and approvals, PSSRs, SOP development and training as needed
- Support development of selected risk assessments for new and existing assets and in the implementation of subsequent action plans on VSA
- Provide leadership and guidance to drive continuous improvement for process safety on VSAs and associated equipment
- Provide or coordinate in developing preliminary and detailed engineering design packages

**Senior Design Engineer VSA & EOX SME**
**Air Liquide Industrial US,** Houston TX
08/2015 till 10/2016

Major Projects:
- Hydrogen HUB plant at Littleton, MA
- VSA Project development

- Perform process simulations using Hysys, engineering calculations, BOP design, develop equipment specifications and procurement requirements
- As SME support all VSA and EOX installations per operation requirement and provide startup support during Turnaround & New equipment Commissioning
- Engineering for projects related to troubleshooting and improvement
- Assist and provide technical support in developing Contractor Scope, Review of Contractor bids and Technical Solutions
- Development of new VSA project or relocation of existing idle VSA asset. Prepare and present Project proposal & detailed cost estimates to key Stakeholders
- Provide technical support to contractors during plant construction. Review construction drawings and answer technical queries
- Review and implement AL standards in plant design

**Senior Process Engineer, Matheson Gas, Inc**. Houston, TX
02/2005 to 08/2015

- Process design and Engineering of Electronic Gas manufacturing, purification and fill plant.
- Establish Process Flow Diagrams (PFD's), Process and Instrumentation Diagrams (P&ID's), Bill of Materials (BOM) for specialty and electronic gas purification and Abatement systems.
- Participate in PHA (Process Hazard Analysis), PSSR(Pre Start up Safety Review), and MOC (Management of Change) of various processes.
- Lead role in Commissioning, Start-up and Hand over of Electronic gas manufacturing, purification and filling plants.
- Detail design of Distillation column, Adsorber columns, ASME holding vessels and various other process equipment (pumps, heat exchangers, control valves, etc.)
- Identify issues and develop technical reports on process related issues, discuss report with multi-disciplinary team and implement changes in coordination with production department

_____

- Debottlenecking and process improvement implementation to bring it up to date to industry standards as per ASME VIII, NFPA 55, and CGA
- Develop Control Sequences, write SOPs for Manufacturing and handling of the Hydride gases and other hazardous electronic gases

**Process Engineer,** Petro-Project Engineering, La Porte, TX
09/2004 to 01/2005

- Process studies, finding technical data, comparison and equipment design for process applications
- Developing process designs for scale up, modification of existing facilities
- Performing Heat and Material balance on existing and new processes and analysis
- Simulation of existing and new processes (Continuous and Batch Distillation columns) using simulators such as Design II etc.

**EDUCATION:**

**Master of Science** in **Natural Gas Engineering**, August 2004
Texas A&M University-Kingsville

**Bachelor of Technology** in **Petro-Chemical Engineering**
Dr. B.A. Technology University, India

## Contact

christian.a.hatfield@gmail.
com

www.linkedin.com/in/christian-
hatfield-pmp-57b2501a (LinkedIn)

## Top Skills

Chemical Engineering

Process Engineering

Project Engineering

## Certifications

PMP

# Christian Hatfield, PMP

Project Manager at Airgas

Greater St. Louis

## Summary

My experience is focused on engineering and project management in the chemicals industry.

———

## Experience

### Airgas

Project Manager

April 2017 - Present (3 years 7 months)

Greater St. Louis Area

As a project manager I manage and support multiple projects across the U.S. Our team focuses on new installations and large upgrades to existing facilities.

### Air Liquide

6 years 10 months

Plant Manager

September 2014 - April 2017 (2 years 8 months)

Pevely, MO

As a plant manager I was tasked with controlling operations, projects, budgets, and reporting for two oxygen production facilities in order to meet safety, reliability, and efficiency goals. Major projects included upgrading water treatment systems, managing planned and unplanned shutdowns, and establishing a preventive maintenance program for the newer facility. Management of personnel, inventory, planned maintenance, and customer relations provided new experience to take into future roles.

Plant Engineer

August 2012 - September 2014 (2 years 2 months)

Mount Vernon, IN

My position as the plant engineer included functions centered around plant safety, efficiency, and reliability. I worked with management, maintenance, operations, and contractors to develop and complete projects that improve plant operations and safety. My roles also focused on document management including safety (MSDS, SOPs), operational (SOPs, Forms), and process (P&IDs, Instrumentation) documents. Day to day activities included plant

inspections, troubleshooting, tracking production, training personnel, audit prep/participation, and other general duties.

## ALLEX Engineer
July 2010 - July 2012 (2 years 1 month)

The ALLEX program at Air Liquide is a rotational program in which new hires gain experience working in multiple job functions and locations. My time in the program was spent as a Project Specialist for carbon dioxide production, a Plant Engineer in the electronics division, a Business Analyst in the medical division of Air Liquide Canada, and a Zone Engineer role for primary production. Through my roles I gained experience with project management, operational roles, control systems, process equipment and design, financial tracking, and much more.

## BP
Facilities Intern
May 2009 - August 2009 (4 months)

My second internship with BP was in the upstream facilities group working on natural gas wellhead projects. I managed the installation of wellhead compressors, tracked compressor efficiency, and worked with maintenance on pipeline compressors. I gained knowledge of wellhead equipment and processes as well as scheduling and tracking projects.

## BP
Process Intern
May 2008 - August 2008 (4 months)
Texas City, Texas

During my first internship with BP I worked with the process technology engineering group at the BP Texas City refinery. Projects included creating PI based monitoring tools for fired heater efficiency as well as evaluating PSV tracking across the site. Working in an industrial facility developed my knowledge of process equipment, project management, and interactions with engineering, management, and operational groups.

_____

# Education

## University of Michigan
Bachelor of Engineering (BE), Chemical Engineering · (2006 - 2010)

## Contact

minhphuongpham@gmail.com

www.linkedin.com/in/huy-minh-pham-pe-770a7582 (LinkedIn)

## Top Skills

Cryogenic plant design, manufacturing and trouble shooting

Product Development

Engineering

## Languages

French

Vietnamese

# Huy Minh Pham, PE

Air Liquide International Fellow - Overall Design Authority at ALPC

Houston

## Summary

Curious and Passionate

———

## Experience

**Air Liquide Process & Construction**
Overall Design Authority
2008 - Present (12 years)

Oversee and approve final design of all plants design and built by Air Liquide Process and Construction.

**Air Liquide Process and Construction**
Technology Manager and Risk Management Representative
September 1999 - 2008 (9 years)

**Air Liquide HangZhou**
Manufacturing Manager
May 1997 - October 1999 (2 years 6 months)

Organize and develop expertise for manufacturing of AL highest standards of cryogenic equipment

Obtain international certification for the facility such as ASME U-stamp and ISO-9000

Manufacture cryogenic equipment for use in China and for export

**Air Liquide Process and Construction**
Design Manager and member of Technical Council
May 1994 - April 1997 (3 years)
Houston, TX

**Air Liquide Process & Construction**
Project Engineer and CVSA task force design manager
March 1989 - May 1994 (5 years 3 months)
Montreal

Develop and provide technical support for new standard Compact VSA line of products.

Mec-Fab Inc.
Chief Engineer
1987 - 1989 (2 years)

Oversee design and fabrication of Wet End equipment for Pulp and Paper industries.

Gouvernement du Quebec
CRN Approval Engineer
1985 - 1987 (2 years)

Review and approve all pressure vessels design or to be installed in Quebec and assign CRN

Electrovox-Santel
R/D engineer
1982 - 1985 (3 years)

———

# Education

McGill University
Bachelor of Engineering (BEng), Mechanical Engineering · (1977 - 1981)

Dawson College
DEC, Pured and Applied Sciences · (1976 - 1977)

Chu Van An
Not graduated, A2-B2 · (1969 - 1975)

## Contatta

www.linkedin.com/in/federico-brandani-ab158332 (LinkedIn)

# Federico Brandani

R&D Engineer presso Air Liquide

Roma

## Esperienza

Air Liquide
R&D Engineer
ottobre 2012 - Present (8 anni 1 mese)
Les Loges en Josas (France)

Università Campus Bio-Medico
Ricercatore
maggio 2010 - settembre 2012 (2 anni 5 mesi)

Department of Chemistry, Chemical Engineering and Materials of the
Università degli Studi de L'Aquil
Researcher
novembre 2008 - maggio 2010 (1 anno 7 mesi)
The contract is part of the research program called "Pure Hydrogen from
Natural Gas Through Total Conversion Reforming Obtained by Integrating
Chemical Reactions and Separation by Membranes" which is financed by the
Italian Ministry of the Research. My role in this collaboration  was to assure
the coordination of the Workpackage dealing with the mathematical modelling
and the process simulation using in-house build models as well as commercial
process simulators such as Aspen Plus®.

Grupo de Pesquisa em Separações por Adsorção at the
Universidade Federal do Ceará, Fortaleza, Brazi
Visiting Researcher
gennaio 2007 - luglio 2007 (7 mesi)
In collaboration with prof. Célio Loureiro Cavalcante Jr. coordinating
the research work in the field of adsorption (synthesis of materials,
characterization adsorption by several experimental techniques and adsorption
modeling) of graduate and post-doctorate students. During the same time I
contributed to the construction and  implementing of ZLC apparatus in the
GPSA.

Liquide: Centre de Reserche Claude-Delorme, groupe Production
Research Engineer

febbraio 2005 - luglio 2006 (1 anno 6 mesi)

Formulation of microscopic mass-transfer kinetic models and their implementation in SIMBAD. Testing and validation of the implemented code with specific emphasis on kinetically driven Pressure Swing Adsorption separation processes.

———

## Formazione

### Università degli Studi dell'Aquila
Laurea, Ingegneria Chimica · (1995 - 2000)

### Universita' degli Studi di L'Aquila, Italy
Laurea Degree (equivalent to M.Sc.), Chemical Engineering

### University of Maine, Orono, USA
PhD, Chemical Engineering

## Coordonnées

www.linkedin.com/in/guillaume-
rodrigues-b3895852 (LinkedIn)

# Guillaume Rodrigues

Key Program Manager - Carbon Capture and Liquefaction
Technologies
Talence

## Expérience

**AIR LIQUIDE GLOBAL E&C SOLUTION FRANCE SA
(INCORPORATED IN FRANCE)**
Key Program Manager - Carbon Capture and Liquefaction Technologies
janvier 2018 - Present (2 ans 10 mois)
Région de Paris, France

In charge of developing and offering $CO_2$ capture and liquefaction
technologies to all key customers of Air Liquide.
In parallel acting as group expert for adsorption processes (new processes,
troubleshooting, adsorbents expertise) - 16 years experience.

**Air Liquide Engineering & Construction - SP**
Manager of products Development team / Specialist of Adsorption
processes
juillet 2013 - janvier 2018 (4 ans 7 mois)
Champigny S/Marne

**Air Liquide CRCD**
10 ans

R&D Adsorption Team Manager & International Expert Adsorption
processes
2009 - 2013 (4 ans)
Jouy-en-Josas

R&D Project Manager - Physical Separation of Gases
2006 - 2009 (3 ans)
Jouy-en-Josas

R&D Engineer
2003 - 2006 (3 ans)

---

## Formation

ENSEIRB-MATMECA

Université de Bordeaux

Research Master, Fluid and Solid Mechanics · (2002 - 2003)

Ecole nationale supérieure d'Electronique, Informatique et de Radiocommunications de Bordeaux

Diplôme d'ingénieur, MATMECA

## Contact

www.linkedin.com/in/pierre-
petit-27964b (LinkedIn)

## Top Skills

Engineering

Management

Change Management

## Languages

English (Professional Working)

# Pierre Petit

Technical Director

Champigny-sur-Marne

## Experience

Air Liquide

Expert

——————

## Education

Arts et Métiers ParisTech - École Nationale Supérieure d'Arts et
Métiers

High School, Electrical and Electronics Engineering; Mechanical

engineering · (1987 - 1990)

## Coordonnées

www.linkedin.com/in/bernard-
fraioli-a7979366 (LinkedIn)

## Principales compétences

Gaz
Ingénierie
Ingénierie de projet

# Bernard FRAIOLI

Pressure Vessels Manager & Expert Local S 35 years of
experiences in pressure vessels and piping chez Air Liquide Gas AB
Paris et périphérie

## Expérience

**Air Liquide Gas AB**
Pressure vessels manager with 35 years of experiences in pressure
vessels and piping
2016 - Present (4 ans)
Air Liquide Champigny in France

Knowledge of the main construction codes of the pressure vessels ( ASME,
AD2000, EN13445, etc..) and Local regulations of pressure vessels & Local
Senior Expert ( PED 2014/68/UE, API510, etc...)
Monitoring and Inspection of the manufacturing of the pressure vessels
worldwide
Pressure Vessels Manager for the design and calculation of pressure vessels
& Heat exchangers (Internal pressure, External pressure, Fatigue, Wind &
Seismic, etc ... manufactured according the main construction codes as per
ASME VIII Div.1, TEMA, CODAP, AD2000, and EN13445 European Standard
97/23 / EC or other local regulations (TR CU for Russia, Brazil, Australia,
Canada, etc ...).
Piping stress calculations.
• Design Authority of the pressure equipments
• Monitoring of subcontracting in France and abroad
• Research of new manufacturers abroad
• Research & Development of new products.
• Drafting and validation of specifications of pressure vessels.
• Clarification of the technical offers from subcontractors
• Intermediate and final inspections to the manufacturers in France and abroad
(Poland, Slovakia, China, Canada, U.S, Korea, etc ..).
• On-site support from our gas production units for the assembly and / or
revamping (many trips abroad).
Following of the manufacturing of the pressure vessels abroad

**Chef d'Entreprise**
Directeur technique
janvier 1990 - décembre 1992 (3 ans)

Achats et Fabrication chez RM Technique

## Formation

**Lycée Technique Jean Macé Vitry Sur Seine, CNAM Paris**

Chaudronnerie et Tuyauterie

# Yoann Orvain 2nd

Technical, quality and development coordinator at Air Liquide

Paris Area, France

309 connections

[Contact info](#)



Liquid air high school la mare carré

## Highlights



**You both work at Air Liquide**

Yoann started at Air Liquide 7 years and 6 months before you did

**Say hello**

**1 Mutual Group**

You and Yoann are both in Linde Gas Community

# Experience



**Liquid air**
13 yrs 1 mo

○ **Technical, quality, and development coordinator**
Jan 2017 – Present3 yrs 10 mos
Champigny-Sur-Marne Area, France

○ **Construction Supervisor/Manager**
Full-time
Oct 2010 – Dec 20166 yrs 3 mos
Belgium, Deutchland, Qatar, South Korea, Poland

Construction supervisor on:
_ Aladin Mons project (ASU)
_ Alice Ulm project (ASU)
_ Aurubis project (ASU - revamping)
_ Posco SNG project (ASU)
_ BASF project (HYCO)

Construction superintendant E&I on:
_ Rhea project (Helium)

Construction manager on:
_ Korwestheim project (ASU - revamping)
_ ALKAT project (ASU)

**see less**

○ **Maintenance technician**
Oct 2007 – Sep 20103 yrs

# Education

### high school la mare carré

# Skills & Endorsements

## Construction 2

Rodolphe Touzet and 1 connection have given endorsements for this skill

## Management 2

Charles-André BAUDIERES and 1 connection have given endorsements for this skill

## Instrumentation 1

Rodolphe Touzet has given an endorsement for this skill

## Other Skills ?

Gas[3]

Industrial infrastruc...[2]

Engineering[2]

Commissioning[2]

Energy[2]

Project management[2]

Project engineering[1]

Petrochemicals[1]

Factory[1]

Planning of projects[1]

Planning of projects

Oil and gas[1]

Electrician[1]

## Coordonnées

www.linkedin.com/in/yoann-
orvain-962850a5 (LinkedIn)

## Principales compétences

Gaz

Infrastructure industrielle et
équipement

Ingénierie

# Yoann Orvain

Coordinateur technique, qualité, et développement chez Air Liquide

Paris et périphérie

## Expérience

**Air Liquide**
13 ans 1 mois

**Coordinateur technique, qualité, et développement**
janvier 2017 - Present (3 ans 10 mois)
Région de Champigny-Sur-Marne, France

**Construction Supervisor/Manager**
octobre 2010 - décembre 2016 (6 ans 3 mois)
Belgium, Deutchland, Qatar, South Korea, Poland

Construction supervisor on:

_ Aladin Mons project (ASU)

_ Alice Ulm project (ASU)

_ Aurubis project (ASU - revamping)

_ Posco SNG project (ASU)

_ BASF project (HYCO)


Construction superintendant E&I on:

_ Rhea project (Helium)


Construction manager on:

_ Korwestheim project (ASU - revamping)

_ ALKAT project (ASU)


**Technicien de maintenance**
octobre 2007 - septembre 2010 (3 ans)

———

## Formation

lycée la mare carré